IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS W. MAROLF, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3221 |
| | ) | |
| v. | ) | |
| | ) | |
| AYA AGUIRRE & ARANZABAL S.A., NORTHEAST SHOOTING SPORTS, L.L.C., ARMES DE CHASSE, an Association, LOUISE K. FOLEY, Individually and as Trustee ad Litem of Armes de Chasse, and ARMUND E. FOLEY, Individually and as Trustee ad Litem of Armes de Chasse, | ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the court are two motions to dismiss premised in part on lack of personal jurisdiction (filings 23 & 26) and insufficient service of process (filing 23). Plaintiff moves (filing 31) for leave to conduct limited discovery on the issues of personal jurisdiction and service of process raised by the defendant's motions to dismiss. Because Plaintiff's motion to conduct limited discovery regarding the motions to dismiss is not ripe for resolution until *after* the deadline for Plaintiff to submit his response to the defendants' motions to dismiss, I shall extend the deadline to respond to the motions to dismiss (filings 23 & 26).

IT IS ORDERED that Plaintiff's response deadlines for the pending motions to dismiss (filings 23 & 26) are stayed until a date to be determined after the parties have fully briefed, and the court has considered, Plaintiff's motion (filing 31) to conduct limited discovery on jurisdictional and service issues raised by the pending

motions to dismiss.

DATED this 20th day of January, 2010.

> BY THE COURT:
> *Richard G. Kopf*
> United States District Judge