IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS W. MAROLF, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3221 |
| | ) | |
| v. | ) | |
| | ) | |
| AYA AGUIRRE & ARANZABAL S.A., et. al., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

      Plaintiff's motion for an Order permitting a second summons to be issued for Defendant AyA Aguirre & Arranzabal S.A., (filing no. 45), is granted.

      DATED this 9th day of March, 2010.

                                  BY THE COURT:

                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge