IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS W. MAROLF, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3221 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| AYA AGUIRRE & ARANZABAL S.A., | ) | |
| and ARMES DE CHASSE, an Association, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) Plaintiff's unopposed Motion for Leave to File Amended Complaint, (filing no. 74), is granted, and the plaintiff's amended complaint, a copy of which is attached to his motion, shall be filed on or before December 27, 2010.

2) Defendant AyA Aguirre & Aranzabal S.A.'s unopposed Motion to Extend Deadline to File Motion to Amend Pleadings or Joinder of Additional Parties, (filing no. 75), is granted. The deadline for moving to amend pleadings or add parties is extended to January 31, 2011.

DATED this 18th day of December, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge