IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS W. MAROLF, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3221 |
| | ) | |
| v. | ) | |
| | ) | |
| AYA AGUIRRE & ARANZABAL S.A., NORTHEAST SHOOTING SPORTS, L.L.C., ARMES DE CHASSE, an Association, LOUISE K. FOLEY, Individually and as Trustee ad Litem of Armes de Chasse, and ARMUND E. FOLEY, Individually and as Trustee ad Litem of Armes de Chasse, | ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties have filed a joint stipulation for an order dismissing Plaintiff's claim for punitive damages without prejudice (filing 95). Pursuant to this stipulation, Plaintiff's claim for punitive damages in Plaintiff's amended complaint (filing 79) shall be dismissed without prejudice, and the motion (filing 83) to dismiss Plaintiff's claim for punitive damages pursuant to Fed. R. Civ. P. 12(b)(6) shall be denied as moot.

IT IS ORDERED:

1. Pursuant to the parties' joint stipulation for an order dismissing Plaintiff's claim for punitive damages (filing 95), Plaintiff's claim for punitive damages in Plaintiff's amended complaint (filing 79) is dismissed without prejudice; and

2. Defendant AyA Aguirre & Aranzabal S.A.'s motion (filing 83) to dismiss Plaintiff's claim for punitive damages pursuant to Fed. R. Civ. P. 12(b)(6) is denied as moot.

DATED this 10th day of February, 2011.

BY THE COURT:
*Richard G. Kopf*
United States District Judge