IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUGLAS W. MAROLF,<br><br>        Plaintiff,<br><br>vs.<br><br>AyA AGUIRRE & ARANZABAL S.A., et al.,<br><br>        Defendants. | 4:09-CV-3221<br><br>ORDER |

      The Court has been advised by a "Notice of Resolution" (filing 149) that the parties in this case have settled their claims. Accordingly,

    IT IS ORDERED:

1. On or before April 12, 2012, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, with the Clerk of the Court, and provide a copy to the Magistrate Judge and to United States District Judge John M. Gerrard, the trial judge to whom this case is assigned, together with submitting to the trial judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. This case is removed from the Court's trial docket upon representation by the parties that the case has settled.

4. The defendant's motion for summary judgment and *Daubert* motion (filings 143 and 140), and the plaintiff's motion to strike (filing 146), are held in abeyance until April 12, 2012, pending filing of the above-referenced stipulation.

5. The Clerk of the Court shall set a case management deadline of April 13, 2012.

Dated this 13th day of March, 2012.

> BY THE COURT:
>
> *s/John M. Gerrard*
> John M. Gerrard
> United States District Judge